In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00022-CV**
_____

**IN RE S.L.H.**

**Original Proceeding**
**1A District Court of Tyler County, Texas**
**Trial Cause No. 24,908**

## MEMORANDUM OPINION

Relator S.L.H., the mother of fourteen children under temporary managing conservatorship of the Texas Department of Family and Protective Services pursuant to a petition filed by the Tyler County District Attorney on behalf of the State of Texas, seeks mandamus relief on the grounds that: (1) the trial court exceeded its authority and jurisdiction by ordering the Department to exercise its discretionary functions in a particular way; (2) the legal requirements had not been met for ordering the removal of the children from their home and ordering the Department to assume conservatorship of the children; and (3) the appointment of an amicus

1

attorney was prohibited by law. Relator requests that this Court order the trial court to vacate its prior orders and dismiss the case. We denied Relator's motion for temporary relief and requested responses to the mandamus petition from the real parties in interest.

A writ of mandamus is an extraordinary remedy that will issue only to correct a clear abuse of discretion for which the relator has no adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004) (orig. proceeding); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). After considering the petition and the responses, and after examining the supporting reporter's records and documents filed by the parties, we conclude that the relator has not established that she is entitled to mandamus relief. Accordingly, we deny the petition for a writ of mandamus. Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on February 11, 2019
Opinion Delivered March 7, 2019

Before McKeithen, C.J., Horton and Johnson, JJ.